IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  | |
| Plaintiff,  : | |
| vs.  : | |
| : | Case No. CR2-05-034 |
| CARL L. CHRISTMAS,  : | JUDGE MARBLEY |
| Defendant.  : | |

## ORDER

This matter came before the Court on the Government's Motion To Dismiss the Information and Memorandum In Support. Upon consideration of the arguments set forth therein, and because the Defendant has expired, the Court hereby finds the Government's Motion to be well taken and hereby **GRANTS** same. The Court hereby **DISMISSES** the Information in this case.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
United States District Judge

DATED: June 23, 2005